1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11    TORY BRATTON,                              Case No. 1:21-cv-00048-EPG (PC)

12                   Plaintiff,

13          v.                                   ORDER TRANSFERRING CASE TO THE
                                                 SACRAMENTO DIVISION OF THE
14    CASTILLO, et al.,                          EASTERN DISTRICT OF CALIFORNIA

15                   Defendants.

16

17          Plaintiff, a state prisoner proceeding *pro se*, has filed a civil rights action pursuant to 42

18    U.S.C. § 1983, together with a request to proceed *in forma pauperis* pursuant to 28 U.S.C.

19    § 1915.

20          In his complaint, Plaintiff alleges violations of his civil rights by Defendants.  The alleged

21    violations took place in Sacramento County, which is part of the Sacramento Division of the

22    United States District Court for the Eastern District of California.  Therefore, the complaint

23    should have been filed in the Sacramento Division.

24          Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper

25    court may, on the Court's own motion, be transferred to the proper court.  Therefore, this action

26    will be transferred to the Sacramento Division.  This Court will not rule on Plaintiff's request to

27    proceed *in forma pauperis*.

28          Good cause appearing, IT IS HEREBY ORDERED that:

1

1.  This action is transferred to the United States District Court for the Eastern District of California sitting in Sacramento;

2.  This Court has not ruled on Plaintiff's request to proceed *in forma pauperis*; and

3.  All future filings shall refer to the new Sacramento case number assigned and shall be filed at:

>   United States District Court
>   Eastern District of California
>   501 "I" Street, Suite 4-200
>   Sacramento, CA 95814

IT IS SO ORDERED.

Dated:   **January 14, 2021**          /s/ *Erica P. Grosjean*
                                       UNITED STATES MAGISTRATE JUDGE

2