**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TORY BRATTON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CASTILLO, et al.,<br><br>　　　　　Defendants. | No. 2:21-CV-0076-DMC-P<br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983. Before the Court is Plaintiff's motion to proceed in forma pauperis. ECF No. 2. Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a). The request to proceed in forma pauperis is, therefore, granted.

　　　　　IT IS SO ORDERED.

Dated: January 21, 2021

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　DENNIS M. COTA
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1