IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TORY BRATTON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CASTILLO, et al.,<br><br>　　　　Defendants. | No.  2:21-CV-0076-DMC-P<br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court is Defendants' motion, ECF No. 30, to opt out of the Court's early alternative dispute resolution program.  Good cause appearing therefor, Defendants' motion is granted, and the stay of proceedings is lifted.  Defendant Bobbala's reply in support of his motion to dismiss is due within 14 days of the date of this order.  Upon completion of briefing, Defendant Bobbala's motion to dismiss will be addressed by separate findings and recommendations.

　　　　IT IS SO ORDERED.

Dated:  January 6, 2023

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　DENNIS M. COTA
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE