# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TORY BRATTON, | No. 2:21-CV-0076-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| CASTILLO, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court are Plaintiff's motion to compel responses to requests for production of documents, ECF No. 38, and Plaintiff's motion to compel responses to interrogatories, ECF No. 39.  Also before the Court is Plaintiff's motion for an in camera review, ECF No. 40.  Defendants have filed oppositions to all three motions, ECF Nos. 41 and 42.

In his motions to compel, Plaintiff does not challenge the sufficiency of responses received but, instead, argues that he never received responses.  See ECF Nos. 38 and 39.  As reflected in defense counsel's declaration, Plaintiff served requests for production of documents on all Defendants on April 14, 2024, interrogatories on Defendants Castillo, Roland, and Sanchez on April 17, 2024, and interrogatories on Defendants Black and Staggs-Boatright on April 24, 2024.  See ECF No. 41-1, pgs. 1-2.  Defendants served responses to Plaintiff's requests for production and Plaintiff's interrogatories to Defendants Castillo, Roland, and Sanchez on June 3,

2024.  See id. at 2.  Defendants served responses to Plaintiff's interrogatories to Defendants Black and Staggs-Boatright on June 7, 2024.  See id.

Plaintiff's motions to compel were signed on May 29, 2024, and filed on June 10, 2024.  See ECF Nos. 38 and 39.  It appears, as Defendants note, that the motions crossed in the mail with Defendants' responses.  Because timely responses to Plaintiff's discovery requests were provided by Defendants, Plaintiffs' motions will be denied as moot.  See Romero v. L.H. Herrera Income Tax & Ins., 2021 U.S. Dist. LEXIS 201561, at *4-5 (C.D. Cal. 2021).  Finally, because Plaintiff's motions do not challenge the sufficiency of Defendants' responses, Plaintiff's motion for an in camera review will be denied as unnecessary.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motions to compel, ECF Nos. 38 and 39, are denied as moot.

2. Plaintiff's motion for an in camera review, ECF No. 40, is denied as unnecessary.

Dated:  August 30, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE