1
2
3
4
5
6
7
8              **IN THE UNITED STATES DISTRICT COURT**

9              **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    TORY BRATTON,                              No.  2:21-CV-0076-DC-DMC-P

12              Plaintiff,

13       v.                                      <u>ORDER</u>

14    CASTILLO, et al.,

15              Defendants.

16

17              Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to

18    42 U.S.C. § 1983.  This matter has been set for a settlement conference before Hon. Jeremy D.

19    Peterson on February 12, 2025.  Accordingly, briefing on Defendants' pending motion for

20    summary judgment, ECF No. 47, is suspended and the case is stayed through the date of the

21    settlement conference.

22              IT IS SO ORDERED.

23

24    Dated:  November 15, 2024

25                                              _____
                                                 DENNIS M. COTA
26                                               UNITED STATES MAGISTRATE JUDGE

27

28

1